```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                        Case No. 18-16616-elf
Tonya Y. James                                                Chapter 13
           Debtor                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett              Page 1 of 2                  Date Rcvd: Apr 03, 2019
                              Form ID: pdf900              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
db             +Tonya Y. James,    910 Poplar Street,    Coatesville, PA 19320-3374
14208167      #+American water,    800 Hershey Park Drive,    Hershey, PA 17033-2400
14243648       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14241019      +City of Coatesville,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14241289      +City of Coatesville,    c/o James Wood, Esquire,    Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
14248792      +ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
14244990      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14244346      +Midfirst Bank,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14208169      +Midland Mortgage,    999 Northwest Grand Blvd,    Oklahoma City, OK 73118-6051
14208171      +Santander Consumer USA,    8585 N Stemmons Freeway,    Suite 11,    Dallas, TX 75247-3836
14220727      +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 04 2019 02:37:13      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2019 02:36:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2019 02:37:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2019 02:38:06       Orion (Verizon),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14215327        E-mail/Text: ally@ebn.phinsolutions.com Apr 04 2019 02:36:19      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14242568        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2019 02:37:43
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14209379       +E-mail/Text: bankruptcy@cavps.com Apr 04 2019 02:36:59      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14208168       +E-mail/Text: cio.bncmail@irs.gov Apr 04 2019 02:36:25      Internal Revenue Service,
                 Insolvency Unit,    600 Arch Street,    Philadelphia, PA 19106-1611
14208170       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 04 2019 02:36:28      PECO,
                 BANKRUPTCY DEPARTMENT,    2301 Market St.,    N3-1,   Philadelphia, PA 19103-1338
14208808       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2019 02:38:05
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14225201       +E-mail/Text: csc.bankruptcy@amwater.com Apr 04 2019 02:37:23      Pennsylvania American Water,
                 PO BOX 578,    Alton, IL 62002-0578
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +City of Coatesville,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Apr 03, 2019
                              Form ID: pdf900              Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:

```
          JAMES RANDOLPH WOOD    on behalf of Creditor    City of Coatesville jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JOSEPH F. CLAFFY    on behalf of Debtor Tonya Y. James claffylaw@gmail.com,
           claffylaw@aol.com;claffylawecf@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TONYA Y JAMES           Chapter 13

        Debtor           Bankruptcy No. 18-16616-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: April 2, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382


Debtor:
TONYA Y JAMES

910 POPLAR STREET

COATESVILLE, PA 19320